United States District Court
Southern District of Texas
**ENTERED**
September 24, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GRACE INSTRUMENT INDUSTRIES, LLC,<br>*Plaintiff,*<br><br>vs.<br><br>CHANDLER INSTRUMENTS COMPANY, LLC D/B/A CHANDLER ENGINEERING AND AMETEK, INC. D/B/A AMETEK CHANDLER ENGINEERING<br>*Defendants.* | Civil Action No. 4:20-cv-1749<br><br>**JURY TRIAL DEMANDED** |

**DOCKET CONTROL ORDER**

It is hereby ORDERED that the following schedule of deadlines is in effect unless ordered otherwise by this Court:

| | | |
|---|---|---|
| 16 | September 28, 2026<br>[1 week after # 15] | **PRIVILEGE LOGS/WILLFULNESS**<br>Comply with P.R.3-8<br>All parties furnish privilege logs by this date. |
| 18 | November 20, 2026<br>[5 weeks after #17] | **COMPLETION OF FACT DISCOVERY**<br>Written discovery requests are NOT timely if they are served so close to this deadline that under the Fed. R. Civ. P. the response would not be due until after this deadline. |
| 19 | January 15, 2027<br>[7 weeks after # 17] | **DESIGNATION OF EXPERTS AND REQUIRED REPORTS OTHER THAN CLAIM CONSTRUCTION AND ATTORNEYS' FEES**<br>Party with burden of proof ("BOP") on non-construction and fees issues shall comply with Fed. R. Civ. P.26(a)(2)(A-C). |

| | | |
|---|---|---|
| 20 | February 19, 2027<br>[4 weeks after # 19] | **DESIGNATION OF RESPONSIVE EXPERTS AND REQUIRED REPORTS**<br>Party not having BOP on non-construction and fees issues shall comply with Fed. R. Civ. P. 26(a)(2)(A-C). |
| 21 | March 5, 2027<br>[4 weeks after # 20] | **COMPLETION OF EXPERT DISCOVERY** |

| | | |
|---|---|---|
| 22 | March 19, 2027<br>[4+ weeks after # 21] | **DISPOSITIVE AND NON-DISPOSITIVE MOTIONS DEADLINES (INCLUDING *DAUBERT* MOTIONS)** |
| 23 | April 23, 2027<br>1:30 PM<br>[at least 2 weeks before Docket Call] | **JOINT PRETRIAL ORDER AND MOTION IN LIMINE DEADLINE**<br>The Joint Pretrial Order will contain the pretrial disclosures required by Fed. R. Civ. P. Rule 26(a)(3), Local Rules and this Court's procedures. Plaintiff is responsible for timely filing the complete Joint Pretrial Order. Failure to file a Joint Pretrial Order timely may lead to dismissal or other sanction in accordance with the applicable rules. |
| 24 | May 12, 2027 - 1:30 PM<br>[18.5 mos. after Scheduling Conf.] | **DOCKET CALL/ FINAL PRETRIAL CONFERENCE** |
| 25 | **MEDIATION is REQUIRED prior to Docket Call,** | **MEDIATION TO BE COMPLETED BY THIS DATE**<br>The parties must select a mediator for this case. The parties and mediator must comply with S.D. TEXAS LOCAL RULE 16. |
| 26 | May 17, 2027<br>9:00 AM | **JURY SELECTION AND TRIAL** commences, subject to Court's criminal docket |

SIGNED on this 17th day of September 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE